FILED

2009 AUG 10  AM 10: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C. CALIF.
LOS ANGELES

BY _____

1  LOCKE LORD BISSELL & LIDDELL LLP
2  Peter Roan (137379)
   proan@lockelord.com
3  Ronald D. Kurtz (195918)
   rkurtz@lockelord.com
4  300 South Grand Avenue, Suite 2600
5  Los Angeles, California  90071
   Telephone: 213-485-1500
6  Facsimile:  213-485-1200
7
   OSBORN MACHLER
8  Simeon J. Osborn (Pro Hac Vice Application Pending)
   sosborn@osbornmachler.com
9  2125 Fifth Avenue
10 Seattle Washington  98121
   Telephone: 206-441-4110
11 Facsimile:  206-441-4220

12 Attorneys for Plaintiff
13 ALEXANDER PRESNIAKOV

14                UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16 ALEXANDER PRESNIAKOV, a single       )  CASE NO. CV09-5811 CAS (RZx)
17 man,                                 )
                                        )
18                        Plaintiff,    )  COMPLAINT FOR DAMAGES
                                        )  FOR MONIES DUE, FOR BREACH
19                                      )  OF CONTRACT
      vs.                               )
20                                      )  **DEMAND FOR JURY TRIAL**
21 HAWLEY ANN HILTON McAULIFFE, and )
   JOHN McAULIFFE, wife and husband, and )
22 the marital community composed thereof, )
                                        )
23                        Defendants.   )
                                        )
24 _____)

25      Plaintiff Alexander Presniakov, by and through his counsel of record, upon

26 personal knowledge as to his own acts and beliefs, and upon information and belief as

27 to all matters based upon the investigation of counsel, alleges as follows.

28 / / /

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

COPY

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

## PARTIES

1.     Plaintiff Alexander Presniakov is a single man, and at all times material hereto, was a resident of California.

2.     Defendants Hawley Ann Hilton McAuliffe and John McAuliffe are wife and husband, comprising the marital community composed thereof, and all acts by said defendants, or each of them, were for the benefit of and on behalf of their marital community.  At all time material hereto, defendants Hawley Ann Hilton McAuliffe and John McAuliffe were residents of Las Vegas, Nevada, and are, upon information and belief, believed to currently be residents of Houston, Texas.  Defendant Hawley Ann Hilton McAuliffe is known as Ann Hilton and will hereafter be referred to as Ann Hilton.

## JURISDICTION AND VENUE

3.     Jurisdiction.  This Court has subject matter jurisdiction to decide this case pursuant to 28 U.S.C. § 1332, because there is complete diversity between the parties and the matter in controversy exceeds $75,000 exclusive of interests and costs.

4.     Venue.  Venue is proper in this District because the plaintiff is a resident of Ventura County, California, and the art that is the subject matter of this lawsuit was shipped from California.  All terms were negotiated and agreed on in California.

## FACTS

5.     Plaintiff Alexander Presniakov is a world-renowned artist residing in Ventura County, California.

6.     Doug Burch, an acquaintance of plaintiff Presniakov, offered to act as the agent for plaintiff and persuaded plaintiff to use him in that capacity because he stated he was friends with the Hilton family and could get Ann Hilton to buy some of the plaintiff's art.  Burch requested and received from plaintiff Presniakov fifteen thousand dollars ($15,000.00) up-front  for "expenses" or advances on defendant Burch's fee.  Burch used his friendship with Ann Hilton to persuade her to buy some of plaintiff's paintings.  Acting as plaintiff Presiakov's agent, Doug Burch contacted

COMPLAINT FOR DAMAGES FOR MONIES DUE, FOR BREACH OF CONTRACT

1  defendant Ann Hilton and arranged for the sale of several pieces of art for an agreed-

2  upon price of Ten Million Dollars ($10,000,000).

3       7.     At defendant Ann Hilton's request (as arranged by defendant Doug

4  Burch), plaintiff Alexander Presniakov personally delivered the artwork to the

5  Theresa L. Johnson Insurance Agency in Las Vegas, Nevada, in October of 2008.

6  Upon receipt of the artwork and an appraisal verifying the value, defendant Ann

7  Hilton was obligated to pay the agreed-upon price of Ten Million Dollars

8  ($10,000,000).

9       8.     Several drafts of a contract for sale of the subject artwork were

10  exchanged and the final signed contract was to be given to plaintiff Presniakov when

11  he delivered the artwork to the Johnson Insurance Agency.

12       9.     Plaintiff Presniakov personally delivered the artwork, but defendant Ann

13  Hilton did not show up with the contract at the time the artwork was delivered.  Two

14  hours after plaintiff Presniakov left the Johnson Insurance Agency, defendant Ann

15  Hilton arrived with a truck and took possession of the artwork.

16       10.    Despite several demands, defendant Ann Hilton has never paid for the

17  artwork.

18       11.    In June of 2009, defendant Ann Hilton once again promised to pay for

19  the artwork, but, to date, has failed to pay.

20       12.    The above-described acts by the defendants Ann Hilton and John

21  McAuliffe constitute breach of contract and theft by deception.

22                                     **CLAIMS FOR RELIEF**

23       13.    Plaintiffs re-allege the previous allegations as if set forth in full.

24       14.    Defendants Ann Hilton and John McAuliffe have breached their oral

25  contract with plaintiff Presniakov for the purchase of the paintings.

26       15.    The plaintiff is entitled to the full price of $10 million as agreed upon, in

27  addition to incidental damages as allowed by law.

28  / / /

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

COMPLAINT FOR DAMAGES FOR MONIES DUE, FOR BREACH OF CONTRACT

1    WHEREFORE, the plaintiff prays for relief as follows:

2    A.    For a money judgment for $10 million;

3    B.    For pre and post-judgment interest;

4    C.    For attorney's fees as allowed by law; and

5    D.    For such other relief as the court deems equitable.

6

7    Dated:  August 7, 2009                    LOCKE LORD BISSELL & LIDDELL LLP

8

9                                              By: _____

10                                                 Peter Roan

11                                                 Ronald D. Kurtz
                                                   Attorneys for Plaintiff
12                                                 ALEXANDER PRESNIAKOV

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 5811 CAS (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

————————————————————————————————————————————————————

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Peter Roan (137379)
Ronald D. Kurtz (195918)
LOCKE LORD BISSELL & LIDDELL LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500

Simeon J. Osborn (Pro Hac Vice Application Pending)
OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
Tel: (206) 441-4110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PRESNIAKOV, a single man,<br>PLAINTIFF(S)<br><br>V.<br><br>HAWLEY ANN HILTON McAULIFFE, and JOHN McAULIFFE, wife and husband, and the marital community composed thereof,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-5811  CAS (RZx)<br><br>SUMMONS |

TO:DEFENDANT(S): HAWLEY ANN HILTON McAULIFFE, and JOHN McAULIFFE, wife and husband, and the marital community composed thereof.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, LOCKE LORD BISSELL & LIDDELL, LLP, whose address is 300 S. Grand Ave, Ste 2600, Los Angeles, CA 90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     AUG 10 2009

By:     NATALIE LONGORIA
             Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)                              SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) ALEXANDER PRESNIAKOV | DEFENDANTS HAWLEY ANN HILTON McAULIFFE, and JOHN McAULIFFE, wife and husband, and the marital community composed thereof |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Peter Roan (137379)<br>Ronald D. Kurtz (195918)<br>LOCKE LORD BISSELL & LIDDELL LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** 10,000,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for Damages for Monies Due, Breach of Contract and Negligence.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service |  | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare |  | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability |  | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION |  | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment |  |  |  | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  |  |  |  |

FOR OFFICE USE ONLY:     Case Number: CV09-5811

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

COPY

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐  A. Arise from the same or closely related transactions, happenings, or events; or

☐  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐  D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Texas |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  August 7, 2009

Peter Roan

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com