LOCKE LORD BISSELL & LIDDELL
Peter Roan (SBN 137379)
proan@lockelord.com
Ronald Kurtz (SBN 195918)
rkurtz@lockelord.com
300 South Grand Avenue, Suite 2700
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PRESNIAKOV, a single man,<br><br>Plaintiff(s),<br>v.<br>HAWLEY ANN HILTON McAULIFF, and JOHN McAULIFFE, wife and husband, et al.,<br>Defendant(s). | CASE NUMBER<br>CV 09-5811 CAS (RZx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

September 2, 2009
Date

Signature of Attorney/Party
Ronald Kurtz

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*